IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL R. RIVA, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>PEPSICO, INC,<br><br>    Defendant.<br>_____/ | **No. C  14-2020 RS**<br><br>**ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Edward Chen for a determination as to whether it is related to <u>Sciortino et al v. Pepsico, Inc</u>., 3:14-cv-00478-EMC, and the other matters related thereto.

IT IS SO ORDERED.

Dated: 5/21/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C  14-2020 RS
ORDER