1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STACY SCIORTINO and ARIELLE WEINSTOCK,<br><br>                Plaintiffs,<br><br>   v.<br><br>PEPSICO, INC.,<br>                Defendant. | First Filed Case: No. C 14-00478-EMC<br>Related Case:    No. C 14-02020-JCS<br><br>**CLASS ACTION**<br><br>[~~PROPO~~SED] **ORDER TO RELATE CASES**<br><br>The Honorable Edward M. Chen |
|---|---|

# [~~PROPOSED~~] ORDER

Having considered Defendant PepsiCo's Administrative Motion to Relate Cases, and good cause appearing, the Court hereby GRANTS Defendant PepsiCo's Motion to Relate *Sciortino v. PepsiCo* (Case No. C-14-00478-EMC) and *Riva v. PepsiCo* (Case No. C 14-02020-JCS), pursuant to Civil Local Rule 3-12(a).  The *Riva* Action (Case No. C 14-02020-JCS) therefore is reassigned to this Court pursuant to Civil Local Rule 3-12(f).

IT IS SO ORDERED.

DATED: 6/2/14 _____



The Honorable
United States
Judge Edward M. Chen

GRANTED