UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL R. RIVA AND DANIELLE ARDAGNA,<br><br>  Plaintiffs,<br><br>  v.<br><br>PEPSICO, INC.,<br><br>  Defendant. | Case No. 3:14-CV-2020 (EMC)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND DEFENDANT PEPSICO'S RESPONSE**<br><br>The Honorable Edward M. Chen |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND DEFENDANT PEPSICO'S RESPONSE
Case No. 3:14-CV-2020 (EMC)

# [~~PROPOSED~~] ORDER

Having considered the parties' Stipulation To Set Briefing Schedule For Filing of Amended Complaint and Defendant PepsiCo's Response, the Court hereby APPROVES the Stipulation and orders as follows:

1. Plaintiffs Riva and Ardgana shall file their amended complaint no later than October 17, 2014;

2. Defendant shall file its motion to dismiss and/or other responses to Plaintiffs Riva and Ardagna's amended complaint no later than November 17, 2014;

3. Plaintiff Riva and Ardagna's Opposition, if any, to Defendant's motion shall be due on December 8, 2014;

4. Defendant's Reply, if any, shall be due on December 22, 2014;

4. The hearing on Defendant's motion shall be held on January 15, 2015, at 1:30 p.m. or such other date and time as the Court may order; and

5. The Case Management Conference currently scheduled for November 20, 2014, is continued until January 15, 2015 at 1:30 p.m., or such other date and time as the Court may order.

IT IS SO ORDERED.

DATED: 9/26/14 _____



[PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND DEFENDANT PEPSICO'S RESPONSE
Case No. 3:14-CV-2020 (EMC)